ORIGINAL

US ... N.Y.
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

William Schweitzer
SS 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
Booking Case # 541/502071
_____ Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ____

-against-

Det Tabatha Brunstein
of the 122 pct SI NY
City of New York
2320 HYln Blvd
_____
_____
_____ Defendant(s).

CV 16-1172

MAUSKOPF, J.

BLOOM, M.J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**I.   Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  William Schweitzer

If you are incarcerated, provide the name of the facility and address:

Brooklyn Dententuon Complex
275 Atlantic Avenue
Brooklyn NY 11201

Prisoner ID Number: Book Case # 541/502071

1

If you are not incarcerated, provide your current address:

166 Weed Ave
Staten Island New York 10306

Telephone Number: (718) 979-0825

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Tabatha Brunstein
**Full Name**

Det Police Dept
**Job Title**

122 precent   2320
Hylan Blvd
**Address**

Defendant No. 2

Tabatha Partner also
**Full Name**

Det police net
**Job Title**

122 precent
Hylan Blvd 2320
**Address**

Defendant No. 3

_____
**Full Name**

_____
**Job Title**

_____

2

|                  |            |
|------------------|------------|
|                  | Address    |
| Defendant No. 4  | _____ |
|                  | Full Name  |
|                  | _____ |
|                  | Job Title  |
|                  | _____ |
|                  | Address    |
| Defendant No. 5  | _____ |
|                  | Full Name  |
|                  | _____ |
|                  | Job Title  |
|                  | _____ |
|                  | Address    |

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _1ST AT My house 166 ween Ave ST NY 10306_

When did the events happen? (include approximate time and date) _Around 930 At Nite Not Sure of Date Second was My Sentence Date_

**Facts: (what happened?)** 1st I was with Family. My House was shot up about 5 Bullets almost killing My My Family Mother Gatha Brothe His Girlfrend + + Her daughter + Me. Det TABATHA Bronstein 122 and Her Partner Dragged Me to the Precent Takeing Copies My Phone intergateding Me Like I was the Criminel They Never Beleved Me. That This Gang shot My House up. They were Texes saying IF I didnt pay such + such Money they will Shoot My House up They did.t Care. Another Time Went no Arrest Made agian More Threats came to My Family so I had to pay I got arrested for Robbery being I was exstuted agian Det did.t Beleive it. cause Me to take 6yrs poison time Now. The Internet shows this while racest Gang Anthony Nicoletti. He Shot My House. I seen Him but they dont Care My Family also seen Him Det protecting Rob Lanetia See to family Matter he Lives on there Block

**II.A.   Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

No Medicel Treatment But hes put for alot of sike trans but they Never came to seem. I became very sikotic Depressed etc

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

$2 Million Dollers for Demages to My Name + Not Be proctected from our New York finest cause I have a Record Judged Before the Meth. My Family + Me have Mental problems + My Freedom is gone.

I declare under penalty of perjury that on 3/4/2016, I delivered this complaint to prison authorities at Brooklyn Dentention Center to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/4/2016

_____
Signature of Plaintiff

Brooklyn Detention Complex
Name of Prison Facility or Address if not incarcerated

275 Atlantic Avenue
Brooklyn, NY 11201
Address

5411502071
Prisoner ID#

rev. 12/1/2015

Racest Rampage RBK Krew (Anthony Nikeletti) EXCON shoots Excon's house then shoots girl + stabs a man. Police Do nothing on the seen of the shooting of Excon's house. Racist RBK Krew continues there destruction of violence. This Gang is Gang of Rampage Asaint OBAMA EXCON (William Schweitzer) was later arrested for a robbery. After Helecopters + police tracts from a Robbery of Citgo Gas Station. Later in Prison Excon William Schweitzer has no help and is discriminated cause Excon is forced by lawyers + Deetives + DA. and they dont Listen to a word he says. To Take plea его Excon's telling his Lawyer + DA Dectives all cases are Linked but they Never listen listened with eye witness and all ~~cells Drugs~~ ~~That put you in Helloptel At Die~~ ~~RBK Drugs~~

2. "I William Schweitzer BC 5411502071 (718)979 0825
166 Weed Ave SI NY 10306 Would like (+father S R Schweitzer)
to Sue. On Grounds that Det. Tabatha
Breinstein 122 pct Did Nothing to protect My family
or MAke On Arrest on the case with
evidence. Tex messages eye witness My family
has shoot up threw My house. I was intergated
like a criminel I was a victim + shaven
then they wanted Money Det. Didn't Care.
The Shooters came back again So F then got his
Arrest for Robery. that lead to that Det
STILL didn't Care with eye witness Cause ing
Me to Get Fuced into 6 yrs Jail Time
Tabetha is protecting a Freind Rob Lamentio
I Beleive her family was raised on the same
Blocks I heard. The Arrest should have been
for Leader Anthony Nicolettio of RBK Gangs recent
also he shot a woman after My house & STAB
A Guy all over the internet. they don't want
the publicity. the Girl was Black after eric Gardener
they hid it.

Case 1:16-cv-01172-RRM-LB Document 1 Filed 03/07/16 Page 8 of 18 PageID #: 8

*[Handwritten annotations across top: "I love that you wrote in the card", "love you so much", "Happy Mom", "I got your Valentine", "Love you much", "Nothing can tear us But only Make us stronger"]*

# Gas-station heist will net him up to 6 years in prison

*[Handwritten annotations: "raciest stuff", "Lawyer nothing involved", "Did not discriminate cover up against", "cause Not allowed to send your mug shot", "of pass records", "Me"]*

By **Frank Donnelly** | fdonnelly@sladvance.com
Email the author | Follow on Twitter
on January 29, 2016 at 11:10 AM

STATEN ISLAND, N.Y. -- An ex-convict from New Dorp Beach won't need to worry about filling up his gas tank where he's going.

William Schweitzer has pleaded guilty to third-degree robbery stemming from **a heist at a Dongan Hills service station** on Nov 7 of last year.

Schweitzer, 43, entered a Citgo station shortly before 5:30 a.m. and simulated he had a firearm under his clothing, an NYPD spokeswoman said.

Schweitzer snatched some cash before heading toward New Dorp on Hylan Boulevard in a tan-colored Ford Explorer, the spokeswoman said.

Police quickly mobilized, canvassing the surrounding area for the suspect and deploying aviation units.

A short time later, units from the 123rd Precinct found an abandoned vehicle matching the description of the suspect's getaway car on the corner of Clarke Avenue and Arthur Kill Road outside Historic Richmond Town, the police spokeswoman said.

NYPD aviation units found the suspect as he ran through residential backyards, tracking him to Colon Avenue in Great Kills where 122nd Precinct officers nabbed him at 6:40 a.m., the police spokeswoman said.

Police found $315 on Schweitzer, but didn't recover a firearm, said the spokeswoman.

In exchange for his plea, the defendant will be sentenced Feb. 10 in Criminal Court to three to six years in prison, according to information from District Attorney Michael E. McMahon's office.

Assistant District Attorney Kate Malloy is prosecuting the case.

Schweitzer has previously served time upstate.

In 2003, he was sentenced to two to four years in prison after being convicted of two counts of third-degree burglary, show online records of the state Department of Corrections and Community Supervision.

Later, in 2009, he was again sentenced to two to four years behind bars for robbery and grand larceny convictions, according to those documents.

My Lawyers not there
Left me byself with DA
Dectictives to get intergrated

~~Note it~~ TRIAL

p. 1

Beginning: I gave Tommy/Anthony
a ~~gun~~ for ~~~~ ~~~~ ~~~~
The Girl ~~~~ ~~~~ ~~~~ ~~~~ you back when
in the ~~~~ ~~~~ ~~~~ ~~~~ we got to
Then case Argument in front my Brother & Father.
would Then he walked away & said I shoot your
Never house up. ~~~~ ~~~~ ~~~~ ~~~~
got ~~~~ ~~~~ ~~~~ ~~~~
shot if Rob Lamantia: text calls says
cops that there going to shoot your house
listen if you don't pay 3x the Amount. I
to me showed Dad & He said your gona
& I pay Really. I said I guess I wont then
wouldn't I Told him no I'm only paying what
have I owe. He Constantly threaten me that they said
had to for days and said I was on my own.
Do this Rob told me Tommy/Anthony had a 380 handgun.
Robbery Day later: I get Tex out about from
either. Then I said I'm with Family. Hours
     pass. All of sudden bullets came
There was threw my windows almost hitting my
Tex message Mother & the I ran down stairs & out
here about the Door cutting my hand badly windows
my House was shot. I made outside fast seeing
If they Anthony pulling himself back in the car with
didn't his gun taking off. My Across Neighbor
Get the came out on her Terrace seen me out
Money. There her mouth open in disbelief.
Kat then called me Boss said you see Tommy/Anth
I said no they just shoot my house up. B' everybody
o/c I say yes, he calls later said Tommy
here was it him. - Yea rite

I Took The ... ... DA wants me to testify,
Jail Time totally but Dectictive's Didn't Beleive me cause I'm x con
To Prevent Shooting they caused More fuck in the street. like people that shoot houses
My Lawyer → My Lawyer left the room when I'm with DA + Dectives

|         |                                                                                   |
|---------|-----------------------------------------------------------------------------------|
| He said | Detictives Dragged Me To The precent                                              |
| cause of | Tabetha her partner. Rite away yelling                                           |
| the Names | at Me Like I'm the criminel he said                                              |
| Me turns | You people all alike. I got ~~the friend~~ A Friend |
| other Cases | ~~Mine~~ on the phone he was cop                                              |
| Going On | Narcotics. He said becareful they can                                            |
|         | Make it worse that it might be Better                                            |
|         | to Not Say Nothing. I Told Them                                                   |
| Dectictives | about Everything except that I seen                                           |
| all they | Him at the house But said Rob No's                                               |
| said was | he can get them threw him cause I never                                         |
| Stop Blowing | Knew there reel Name Anyway Rob Did                                         |
| Smoke up | all the cop said was stop Blowing                                              |
| my ass  | smoke up My Ass. Tabetha Took                                                     |
| 2x      | My phone Made copies on her phone                                                 |
|         | of the Texes stateing there shoot my                                              |
|         | house up + all the threats etc.                                                   |
|         | I Never felt so discrimineted against Me                                          |
|         | even then WHAT I Just felt.                                                       |
| DADS There | Next Day Freddie Called Saves Delevery guy pleading it was Not him           |
|         | Months past? I have New Girl New Life A                                           |
| Took the | Family Man Now. I went To Rehab so I can                                         |
| Jail Time | really do good for My New Family I come Home From                               |
| cause   | ReHab. My Girl says guys keeps calling & texing.                                  |
| family  | + Even that Her Stalked her at a Bar. He said they                                |
| In      | Were After Me also he said. I have AidST that I Told                              |
| Further | Him That. He sent panic to all the girls I Knew. He                               |
| Danger. | Strangled his ex all kinds craziness to his wife.                                 |
|         | So I                                                                              |

I kept Trying to get Rob to Talk
But he would post Mafia Stuff on Facebook
Dont see nothing Hear Nothing Not say shit. with Skulls!
So I Defriended him Never to Trust again

p.2

## Home After Rehab Clean.

I'm Home Now: Robs Circling My House Now Dad say kick his ass Mom's yelling why you tell him that. So I run out after him catch infront of Barts house Cuba I grab He is with Bart. I said what the Fuck He says your wrong your wrong. I said WTF you Talking about He said They want Money Buy Friday 1000 or there gunna go After your Girl I said yes O/C I pay Then He said fucken up you Talk To My Girl I said That I only said Hello Thats all. I did TonyAnn Before Rehab this is what it was all about. Then He Told The Dealers again that I'm setting them up giving them Marked Money etc Sissy Spargo had told Me alot they gave rob all kinds of stuff Him doing stuff behind My Back He Turned The Dealers on Me & T. Got They To Shoot My House up. after I was Arrested My Truck found accross The Street From Robs House.

### I had To work fast: I Went To Work For Victor Sala To come up with the Money Fast Doing Roofing: I Needed The Money by Friday.

after Being Arrested I found The Shooter In Jail He shot his Girlfriend + Stabbed A guy in the Back. His Name is Anthony Micklutti. later I here on line it said He kills family's its A RBK gang. against Black's I brought to the Attention of the Da The Dectives come again And They said

Same thing Stop Blowing Smoke up My Ass. They wanted Me to say I seen him Shooting. I didn't even want to say nothing cause they put My Family In Further Harm. So they didn't get conviction or want to pursue it. As soon as we get out. Dectictives phone rings He say it's Friend Rob. Go Figure He Answers says Can you Meed at the Precent.. Now they Must of Met him Now Neighbors Come to My Father and said I was Rating. Now they put My Family In More Harms way. I herd Tabatha lived across the street From Rob's parent's I dont na he said this.

There drugs also put me in the Hospital Many Times For Low imuno system Breakdown The cut they put into the Drug Almost Killed Me.

Dectives Took My 3 pages of people who were involved the cars the streets names etc From Me Then Never giving Me Any program any kind of Help again Felt Used Discriminated against.

*[Handwritten: Guy Who Tryed Shoot My Family N.c. ExsTory Me. Lawyer Didn't care couse I'm Ex-Can]*

# NYPD: Ex-con shot girlfriend in park, then told cops a black man did it

*[Handwritten: Cops Never Beleived Me raciest Gang Tryed to Kill my Family & exs    Me]*

 [http://connect.silive.com/user/jmannese/index.html] By John M. Annese | annese@siadvance.com [http://connect.silive.com/user/jmannese/posts.html]
Follow on Twitter [http://twitter.com/johnannese]
on May 10, 2015 at 8:40 PM, updated May 10, 2015 at 8:41 PM

STATEN ISLAND, N.Y. -- An ex-con, whose older brother **orchestrated a notorious 2008 Election Night hate crime spree, [http://www.silive.com/news/index.ssf/2008/11/suspects_in_staten_island_obam.html]** shot his girlfriend in a Fort Wadsworth park, then told police that a black man committed the shooting, according to cops.

When police came upon **the scene at Von Briesen Park [http://www.silive.com/news/index.ssf/2015/05/victim_still_in_intensive_care.html]** at about 4 a.m. Wednesday, they found Anthony Nicoletti, 23, by a park bench, yelling that his girlfriend had been shot, an NYPD spokeswoman said.

The girlfriend, age 22, had been hit in her lower back and her right wrist, and told officers only that she was in extreme pain, police said.

Nicoletti told officers that the two had been hanging out at the park when a black man he didn't know approached them, started shooting, and fled, according to police.

The victim was rushed to Staten Island University Hospital, Ocean Breeze, where she underwent surgery, police said.

Some time after the surgery, she told police that Nicoletti, not a mystery man, had shot her during an argument, police said. The NYPD spokeswoman couldn't say what sparked the argument.

Police arrested Nicoletti Saturday night at his Wadsworth Avenue home in Fort Wadsworth, where they found him hiding in the basement, cops said.

Nicoletti's brother, Ralph, **is serving a nine-year federal prison sentence [http://www.silive.com/northshore/index.ssf/2009/09/9_years_in_prison_for_ringlead.html]** for leading a racially-motivated rampage in response to Barack Obama's election in 2008.

He and three cohorts beat a 17-year-old Liberian immigrant with a metal pipe, and ran down another man with their car because they thought, incorrectly, that he was black.

Federal authorities said the group referred to itself as the "Rosebank Krew," and that Anthony Nicoletti was its founder.

At the time, police and federal investigators **found a note they believe was written by Anthony Nicoletti addressed to "All my RBK brothers" [http://www.silive.com/news/index.ssf/2009/01/post_21.html]** and signed by "The Biggest Boss Ever." It discussed how the RBK Brothers must stand strong together and not talk to the police, and referred to 10 "brothers" that could kill a person's family.

**He was later indicted on attempted murder and other charges.**
[http://www.silive.com/eastshore/index.ssf/2015/05/attempted-murder_indictment_in.html]

Nicoletti, who now lists a Brooklyn address, and his older brother, Ralph, have been fixtures in Staten Island crime stories for the past seven years.

Ralph Nicoletti **is serving a nine-year federal prison sentence** [http://www.silive.com/northshore/index.ssf/2009/09/9_years_in_prison_for_ringlead.html] for leading a racially motivated rampage in response to Barack Obama's election in 2008. He and three cohorts beat a 17-year-old Liberian immigrant with a metal pipe, and ran down another man with their car because they thought, incorrectly, that he was black.

Federal authorities said the group referred to itself as the "Rosebank Krew," and that Anthony Nicoletti was its founder. At the time of the rampage, Anthony Nicoletti was locked up on Rikers Island. He spent five months behind bars on an assault and criminal mischief case, and was released in March 2009.

**Police arrested Anthony Nicoletti again in April 2010** [http://www.silive.com/eastshore/index.ssf/2010/04/brother_of_election_night_ramp.html] , accusing him of ganging up on a romantic rival with two of his friends, hitting the man in the head with a glass bottle, and stealing his car.

He was convicted of attempted robbery in August 2010 and sentenced to 2 1/2 years in prison. He was released on parole in September 2012, and wound up re-arrested less than a month later, **on charges he robbed a friend of his cash and prescription pills. [http://www.silive.com/news/index.ssf/2012/10/out_on_parole_for_less_than_a.html]** He was most recently released to parole in October 2013.

Anthony Nicoletti was slated to be arraigned in Criminal Court on the new arrest Wednesday. Public records show he's been ordered held without bail, and is due back in court Friday.

Follow this story

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2015 SILive.com. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SILive.com.

**Community Rules** apply to all content you upload or otherwise submit to this site. **Contact interactivity management.**

▷ Ad Choices



Anthony Nicoletti - In two gangs
Shooter
I witnessed
My family also
Met him at
My house
High Point
He is in
Hounds
Blood Gang

# Ex-con who allegedly shot girlfriend now charged with stabbing buddy in back

Anthony Nicoletti, 23, who police say shot his girlfriend last May then tried to blame the crime on a fictitious black man, is now charged with stabbing a friend in the back on a Rosebank street corner.



[http://connect.silive.com/user/jmannese/index.html] By **John M. Annese | annese@siadvance.com**
[http://connect.silive.com/user/jmannese/posts.html]
Follow on Twitter [http://twitter.com/johnannese]
on September 30, 2015 at 5:49 PM, updated September 30, 2015 at 6:20 PM

STATEN ISLAND, N.Y. -- A 23-year-old ex-con who police say shot his girlfriend last May, **then tried to blame the crime on a fictitious black man, [http://www.silive.com/news/index.ssf/2015/05/nypd_ex-con_shot_girlfriend_in.html]** is now charged with stabbing a friend in the back on a Rosebank street corner.

Anthony Nicoletti, whose older brother **orchestrated a notorious 2008 Election Night hate crime spree, [http://www.silive.com/news/index.ssf/2008/11/suspects_in_staten_island_obam.html]** waged his latest assault at about 10:30 a.m. Monday morning, police allege.

Nicoletti came upon one of his male friends, who was walking with a relative, by the corner of Tompkins Avenue and Hylan Boulevard, a law enforcement source said.

An argument followed, and Nicoletti stabbed his friend in the back, leaving a "gaping hole," and punched him in the face, sending his head into a metal fence, according to a criminal court complaint.

Police arrested him Tuesday morning, charging him with first- and second-degree assault, as well as third- and fourth-degree criminal possession of a weapon, according to information from Acting District Attorney Daniel Master's office.

Nicoletti, who faces attempted murder charges in the shooting case, was released on $350,000 bond on Aug. 7. He was arrested again on Sept. 3 in a misdemeanor assault case, but released on $1,000 bail.

The shooting took place at about 4 a.m. May 6, at Van Briesen Park in Fort Wadsworth, according to police.

Nicoletti shot his 22-year-old girlfriend in the lower back and right wrist during an argument, authorities allege. When police arrived, they found Nicoletti by a park bench, yelling that the woman had been shot, police said.

Nicoletti, who is white, told officers that the two had been hanging out at the park when a black man he didn't know approached them, started shooting, and fled.

The woman initially only told responding officers that she was in extreme pain, but identified Nicoletti as the shooter sometime after undergoing surgery in Staten Island University Hospital, Ocean Breeze.

- Newsmap



- About

  - Advertising | Contact | Staff | Subscribe
  - View: Pretty | Blog
  - ☑ Open external links in tabs

# Three Indicted in Staten Island Election Night Beatings

by John Del Signore in News on Jan 8, 2009 4:58 pm

*racIest GANS*



While millions across New York City were celebrating Barack Obama's election victory on November 4th, a group of young Staten Island men went on a violent rampage that left two young black men beaten and another man in a coma, prosecutors say. Three of the alleged attackers were arraigned in Federal District Court in Brooklyn today and charged with conspiracy to interfere with voting rights in their efforts to "injure, oppress, threaten and intimidate" black people on election night, the Times reports. Each plead not guilty.

Prosecutors say Ralph Nicoletti, 18; Michael Contreras, 18; and Brian Carranza, 21; styled themselves as a gang called the "Rosebank Krew," or "RBK." On November 4th they gathered at a "makeshift outdoor clubhouse" to watch the election results on the Internet. After Obama's win, they decided to set out for an area of Staten Island they called "n-----town," according to the Daily News. Their first victim was 17-year-old Ali Kamara, a black Muslim who they allegedly beat with a metal pipe and a collapsible police baton while screaming, "Obama!"

After a number of other less-violent assaults, the RBK ran over a man wearing a hooded sweatshirt who they believed was black. It was 38-year-old Ronald Forte, a white supervisor at ShopRite; he spent 45 days in a coma. Forte's mother told reporters yesterday, "He has to learn how to walk and talk again. I have watched my son in a coma, for 45 days, while those boys were out. **They left him in a gutter to die.** I had to leave my job to take care of my 38-year-old son because of some senseless act, and it's never going to go away."

Carranza (pictured left) was freed on $200,000 bond yesterday, but Contreras is being held until the state courts lift an order of protection barring him from being around his stepfather. As for Nicoletti—who's had a rap sheet since he was 14—the magistrate refused to release him on bail because prosecutors say he's trying to intimidate witnesses. His younger brother Anthony is currently doing time on Rikers for running people over, and the Staten Island Advance has it that FBI agents found a letter from Anthony in which he called himself "Boss Behind Bars" and asserted that he could "kill a person's family." *? Omd he TRYED — Shooter*

Photo of Bryan Garaventa, left, and Ralph Nicoletti, right, courtesy Staten Island Advance/Michael Oates.

Contact the author of this article or email tips@gothamist.com with further questions, comments or tips.

- arraignment
- election
- federal
- hate crime
- indicted

At the time of the rampage, Anthony Nicoletti was locked up on Rikers Island. He spent spent five months behind bars on an assault and criminal mischief case, and was released in March 2009.

**Police arrested him again in April 2010 [http://www.silive.com/eastshore/index.ssf/2010/04 /brother_of_election_night_ramp.html]** , accusing him of ganging up on a romantic rival with two of his friends, hitting the man in the head with a glass bottle, and stealing his car.

Nicoletti was convicted of attempted robbery in August 2010 and sentenced to 2 1/2 years in prison. He was released on parole in September 2012, and wound up re-arrested less than a month later, **on charges he robbed a friend of his cash and prescription pills. [http://www.silive.com/news/index.ssf/2012/10/out_on_parole_for_less_than_a.html]** He was most recently released to parole in October 2013.

Nicoletti was arraigned in Stapleton Criminal Court Sunday on attempted murder, felony assault and weapon possession charges. He remains held without bail on Rikers Island until his next court appearance Friday.



Follow this story

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2015 SILive.com. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SILive.com.

**Community Rules** apply to all content you upload or otherwise submit to this site. **Contact interactivity management.**

▷ **Ad Choices**